Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)



Entered on Docket
February 11, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: February 11, 2019

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Derek Lorenzo Walker<br>Crystal Nicole Walker<br><br>Debtors(s) | Chapter 13 Case Number:<br>16-42547-WJL13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

Upon consideration of the declaration dated February 08, 2019 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

DEBTORS DEFAULTED IN CHAPTER 13 PLAN PAYMENTS.

Upon Consideration of the declaration dated February 08, 2019 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this court attesting that no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served. DEBTORS DEFAULTED IN CHAPTER 13 PLAN PAYMENTS.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

COURT SERVICE LIST